IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

DB HOLDINGS LIQUIDATION, INC.,
ET AL.

    Debtors.

KOMODO CLOUD, LLC
COMPANY,

    Appellant,

v.

DB HOLDING LIQUIDATION, INC. f/k/a
DIREC TBUY HOLDINGS, INC and
CSC GENERATION, INC.

    Appellees.

Case No. 16-12435 (CCS)
BAP No. 17-16

C.A. No. 17-605 GMS
C.A. No. 17-606 GMS

## ORDER

At Wilmington this __29TH__ day of June, 2017, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 12);

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **August 1, 2017.**

_____
UNITED STATES DISTRICT JUDGE